UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY RINGO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. CHRISTINE BARBER, et al.,<br><br>    Defendants. | NO. CV 15-771-JFW (AGR)<br><br>ORDER ACCEPTING FINDING AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the Second Amended Complaint is dismissed without leave to amend; and (2) this action is dismissed with prejudice.

DATED: December 16, 2015

                                                                    _____
                                                                    JOHN F. WALTER
                                                                    United States District Judge