JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARY RINGO,<br><br>    Plaintiff,<br><br>v.<br><br>DR. CHRISTINE BARBER, et al.,<br><br>    Defendant. | NO. CV 15-771-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) the Second Amended Complaint is dismissed without leave to amend; and (2) this action is dismissed with prejudice.

DATED: December 16, 2015

                              JOHN F. WALTER
                           United States District Judge